# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02347-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 13, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| SALLY A. DURAN, | *Pro se,* via telephone |
| **Plaintiff,** | |
| v. | |
| PRECISION RESPONSE CORPORATION, a/k/a PRC, | Preston B. Davis, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC STATUS CONFERENCE
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:** **Plaintiff's Motion to Vacate Fed.R.Civ.P. 16(b) Scheduling & Planning Conference of March 13, 2008, Suspending such Conference Pending Relief from Stay [filed March 11, 2008; doc. 15] is granted. All pretrial deadlines are hereby vacated. Plaintiff shall file a status report regarding the filing of her Motion for Leave to Obtain Relief from Stay, which will be filed in the U.S. Bankruptcy Court for the Southern District of New York, and she shall contact Magistrate Judge Shaffer's chambers within seventy-two (72) hours of a ruling by that court on the motion.**

HEARING CONCLUDED.

**Court in recess:** 10:07 a.m.
Total time in court: 00:07