IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02347-WYD-CBS

SALLY A. DURAN,
    Plaintiff,
v.

PRECISION RESPONSE CORPORATION a/k/a PRC,
    Defendant.
_____

ORDER TO FILE STATUS REPORT
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Defendant's Motion to Dismiss or, in the Alternative, Motion for Preliminary Summary Judgment, Pursuant to Doctrine of Judicial Estoppel" (filed December 4, 2007) (doc. # 5). Pursuant to the Order of Reference dated November 14, 2007 (doc. # 2) and the memorandum dated December 4, 2007 (doc. # 7), this motion was referred to the Magistrate Judge to "submit proposed findings of fact and recommendations . . . ." (*See* doc. # 2).

    The court held a telephone status conference on March 13, 2008, at which the parties discussed Defendant's Notice of Bankruptcy and Plaintiff's intent to file a motion in the United States Bankruptcy Court for the Southern District of New York requesting relief from the automatic stay of 11 U.S.C. § 362. At the conclusion of the telephone status conference, the court directed the parties to contact the Magistrate Judge's chambers within 72 hours after any ruling by the Bankruptcy Court. (*See* Courtroom Minutes/Minute Order (doc. # 17)). Since March 13, 2008, the court has received no further information about the status of this case. In light of the pending motion referred

1

to the Magistrate Judge for submission of proposed findings of fact and recommendations,

**IT IS ORDERED that the parties shall file a joint status report on the status of this case and the status of the pending Motion (doc. # 5) on or before July 3, 2008**.

DATED at Denver, Colorado, this 16th day of June, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge