IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02347-WYD-CBS

SALLY A. DURAN,

    Plaintiff,

v.

PRECISION RESPONSE CORPORATION, a/k/a PRC,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court upon review of the file. On June 18, 2008, the parties filed a status report indicating that the Defendant's Chapter 11 bankruptcy filing is currently pending. The parties further stated in the status report that it is their understanding that the instant matter is stayed. Since the outcome of the Defendant's bankruptcy case is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated: June 23, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge